UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 07-CR-10152-RCL |
| v. | ) |
| | ) |
| JAVIER REYES, | ) |
| A/K/A "KING HOLLYWOOD" | ) |
| | ) |

### GOVERNMENT'S MOTION TO UNSEAL

The United States hereby moves to unseal the indictment in the above captioned matter. In support of this motion, the government states that the indictment was sealed, at the government's request, on May 10, 2007, so that no public disclosure of the filing of the indictment would impede attempts to arrest the defendant. Since the defendant has now been arrested, or is aware of the arrest warrant, the government asks that the indictment be unsealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
THEODORE B. HEINRICH
Assistant U.S. Attorney

May 14, 2007